# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**EMANUEL JULES (#299983)**                                **CIVIL ACTION**

**VERSUS**

**DARRYL VANNOY, ET AL.**                                  **NO.17-503-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 23, 2019, to which no objection was filed;

**IT IS ORDERED** that the Court declines to exercise of supplemental jurisdiction over any potential state law claims, and that this action is DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

**IT IS FURTHR ORDERED** that Plaintiff's pending Motion Requesting Service of Summons (doc. 15) is DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 19, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section[Proceedings in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."